B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lounge 22, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-2178602** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1805 Flower Street**<br>**Glendale, CA**　　　　　　　ZIP Code **91201** | Street Address of Joint Debtor (No. and Street, City, and State):　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13　　☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lounge 22, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**In re Ethos Design, LLC** | Case Number:<br>**2:09-bk-33922-VK** | Date Filed:<br>**9/04/09** |
| District:<br>**Central District of California** | Relationship:<br>**Affiliate** | Judge:<br>**Victoria S. Kaufman** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>     Signature of Attorney for Debtor(s)        (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                                Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lounge 22, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Attorney for Debtor(s)

**David B. Golubchik 185520**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Rankin & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

310-229-1234
Telephone Number

9/4/09                    **185520**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Armen Gharabegian**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

9/2/09
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**Levene, Neale, Bender, Rankin & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>**185520**<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    **Lounge 22, LLC**<br><br>                                   Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists          Date Filed: _____

☒ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____

☐ Other: _____          Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          Date  07/02/09
*Signature of Authorized Signatory of Filing Party*

**Armen Gharabegian**
*Printed Name of Authorized Signatory of Filing Party*

**CEO**
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document* available for review upon request of the Court or other parties.

_____          Date  9/4/09
*Signature of Attorney for Filing Party*

**David B. Golubchik 185520**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## CERTIFICATE OF LOUNGE 22, LLC,
## A CALIFORNIA LIMITED LIABILITY CORPORATION
## AUTHORIZING FILING OF PETITION UNDER
## CHAPTER 11 OF THE BANKRUPTCY CODE

I, Armen Gharabegian, hereby certify as follows:

1.      I am the Manager of Lounge 22, LLC, a California limited liability company (the

"Company"). I am also the President of TRG Investments, LLC, the 100% member of the

Company.

2.      At a special meeting of the Company's Member(s), the following resolutions were

duly enacted, and the same remain in full force and effect, without modification, as of the date

hereof:

> **RESOLVED**, that Armen Gharabegian ("Gharabegian") is hereby
> authorized to determine, based upon subsequent events and advice
> of counsel, whether it is desirable and in the best interests of the
> Company, its creditors, and other interested parties, that the
> Company file a Petition under the provisions of Chapter 11 of Title
> 11, United States Code (the "Bankruptcy Code");

> **FURTHER RESOLVED**, that Gharabegian is hereby authorized
> and directed on behalf of and in the name of the Company to
> execute a Chapter 11 bankruptcy petition and all related documents
> and papers on behalf of the Company in order to enable the
> Company to commence a Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that Gharabegian is hereby authorized
> and directed on behalf of and in the name of the Company to
> execute and file and to cause counsel for the Company to prepare
> with the assistance of the Company as appropriate all petitions,
> schedules, lists and other papers, documents and pleadings in
> connection with the Company's bankruptcy case, and to take any
> and all action which Gharabegian deems necessary and proper in
> connection with the Company's bankruptcy case;

> **FURTHER RESOLVED,** that the Company hereby retains the
> law offices of Levene, Neale, Bender, Rankin & Brill L.L.P. as

bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

**FURTHER RESOLVED**, that Gharabegian is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBRB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated:  September 1, 2009

LOUNGE 22, LLC

By:      Armen Gharabegian
         Its:      Manager

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>California State Bar Number: **185520**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>  **Lounge 22, LLC**<br><br><br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:   **11** |
|---|---|

### Corporate Ownership Statement Pursuant to
### F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **David B. Golubchik 185520**                    , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the debtor corporation

2.a.   ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    See Addendum

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          9/4/09
Signature of Attorney or Declarant                 Date

**David B. Golubchik 185520**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

| In re | | CHAPTER ___11___ |
|---|---|---|
| **Lounge 22, LLC** | | CASE NUMBER |
| | Debtor. | |

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**TRG Investments, LLC**
**1805 Flower Street**
**Glendale, CA 91201**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
April 2007
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Lounge 22, LLC**  _____     Case No.  _____
                              Debtor(s)              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doc, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pillsbury Winthrop, LLP 725 South Figueroa St Suite 2800 Los Angeles, CA 90017-5406 | Pillsbury Winthrop, LLP 725 South Figueroa St Suite 2800 Los Angeles, CA 90017-5406 | professional fees | | 78,525.89 |
| Carolla, Adam & Lynette c/o Weiss Accountancy Attn: Linda 16217 Kittridge Street Van Nuys, CA 91406 | Carolla, Adam & Lynette c/o Weiss Accountancy Attn: Linda 16217 Kittridge Street Van Nuys, CA 91406 | trade payables | | 74,855.70 |
| Orrick, Herrington, & Sutcliffe LLP attn: Kent Goss 777 South Figueroa St., Ste 3200 Los Angeles, CA 90017 | Orrick, Herrington, & Sutcliffe LLP attn: Kent Goss 777 South Figueroa St., Ste 3200 Los Angeles, CA 90017 | professional fees | | 54,079.60 |
| Champion Logistics Group 200 Champion Way Northlake, IL 60164 | Champion Logistics Group 200 Champion Way Northlake, IL 60164 | trade payables | | 42,630.87 |
| Budget Rent A Car of Las Vegas Malco Enterprises of Nevada, Inc. PO Box 97897 Las Vegas, NV 89193 | Budget Rent A Car of Las Vegas Malco Enterprises of Nevada, Inc. PO Box 97897 Las Vegas, NV 89193 | trade payables | | 33,478.75 |
| Red7 Media, LLC 10 Norden Place Norwalk, CT 06855 | Red7 Media, LLC 10 Norden Place Norwalk, CT 06855 | trade payables | | 32,376.35 |
| American Express Corporate Box 0001 Los Angeles, CA 90096-0001 | American Express Corporate Box 0001 Los Angeles, CA 90096-0001 | business credit card | | 27,230.35 |
| American Express Corporate Box 0001 Los Angeles, CA 90096-0001 | American Express Corporate Box 0001 Los Angeles, CA 90096-0001 | | | 27,230.35 |
| Twin Oaks Associates, Ltd. PO Box 41149 Austin, TX 78704 | Twin Oaks Associates, Ltd. PO Box 41149 Austin, TX 78704 | trade payables | | 26,010.00 |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **Lounge 22, LLC**                                      Case No. _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| I&G Direct Real Estate 17, LP attn: Christine Clament File #50771 Los Angeles, CA 90074-0771 | I&G Direct Real Estate 17, LP attn: Christine Clament File #50771 Los Angeles, CA 90074-0771 | trade payables | | 22,491.43 |
| American Express Business Platinum Box 0001 Los Angeles, CA 90096-000 | American Express Business Platinum Box 0001 Los Angeles, CA 90096-000 | business credit card | | 20,032.54 |
| American Express Business Platinum Box 0001 Los Angeles, CA 90096-000 | American Express Business Platinum Box 0001 Los Angeles, CA 90096-000 | | | 20,032.54 |
| Goldner, Jay M 1229 N Highland Avenue Los Angeles, CA 90038 | Goldner, Jay M 1229 N Highland Avenue Los Angeles, CA 90038 | trade payables | | 18,000.00 |
| Stubbs Alderton & Markiles, LLP attn: Ryan Azlein 15260 Ventura Blvd 20th Floor Sherman Oaks, CA 91403 | Stubbs Alderton & Markiles, LLP attn: Ryan Azlein 15260 Ventura Blvd 20th Floor Sherman Oaks, CA 91403 | professional fees | | 17,594.74 |
| Apple Graphics 1858 Evergreen Street Duarte, CA 91010 | Apple Graphics 1858 Evergreen Street Duarte, CA 91010 | trade payables | | 16,015.48 |
| BiZBash Media Inc - Los Angeles attn: Nina Steiner 21 West 38th Street, 13th Floor New York, NY 10018 | BiZBash Media Inc - Los Angeles attn: Nina Steiner 21 West 38th Street, 13th Floor New York, NY 10018 | trade payables | | 15,164.00 |
| Design Center, Inc 5-46 46th Avenue Long Island City, NY 11101 | Design Center, Inc 5-46 46th Avenue Long Island City, NY 11101 | trade payables | | 14,971.70 |
| State Board Of Equalization Board Of Equalization PO Box 942879 Sacramento, CA 94279-8062 | State Board Of Equalization Board Of Equalization PO Box 942879 Sacramento, CA 94279-8062 | | | 12,850.28 |
| TCI Leasing/Rentals 4950 Triggs Street Commerce, CA 90022 | TCI Leasing/Rentals 4950 Triggs Street Commerce, CA 90022 | trade payables | | 10,858.98 |
| Forsgate Industrial Partners attn: Andrew Moss 400 Hollister Road Teterboro, NJ 07608-1183 | Forsgate Industrial Partners attn: Andrew Moss 400 Hollister Road Teterboro, NJ 07608-1183 | trade payables | | 10,693.97 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Lounge 22, LLC**                                                    Case No. _____  _____  ___
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _____09/02/09_____        Signature _____

**Armen Gharabegian
CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California

In re     **Lounge 22, LLC**                                          Case No. _____

                                            Debtor

                                                        Chapter_____     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **TRG Investments, LLC<br>1805 Flower Street<br>Glendale, CA 91201** | **Membership** | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 09/02/09                                       Signature _____
                                                        **Armen Gharabegian**
                                                        **CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**     continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>CA State Bar Number: **185520** | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|

| In re:<br><br>     **Lounge 22, LLC**<br><br>                                                    Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
       1805 Flower Street, Glendale, CA 91201

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
       1805 Flower Street, Glendale, CA 91201

3.   Disclose the current business address(es) for all corporate officers:
       1805 Flower Street, Glendale, CA 91201

4.   Disclose the current business address(es) where the Debtor's books and records are located:
       1805 Flower Street, Glendale, CA 91201

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
       1805 Flower Street, Glendale, CA 91201

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
       N/A

7.   State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: Armen Gharabegian, 1805 Flower Street, Glendale, CA 91201

8.   Total number of attached pages of supporting documentation: ___

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

**VEN-C**

| In re | CHAPTER 11 |
|-------|------------|
| **Lounge 22, LLC** | |
| Debtor. | CASE NUMBER |

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.


Executed on <u>September 1, 2009</u>, at <u>Los Angeles</u>, California.


**Armen Gharabegian**
_____                                      _____
*Type Name of Officer*                                       *Signature of Declarant*

**CEO**
_____
*Position or Title of Officer*

*Rev. 12/99*   This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.          **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or
    formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or
    person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed,
    nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition
    thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior
    proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons,
    firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of
    each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned,
    whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in
    Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such
    prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A
    that was filed with any such prior proceeding(s).)
    **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles**                    , California.

Dated              _09 / 02 / 09_

**Armen Gharabegian**
Debtor

_Joint Debtor_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**F 1015-2.1**

Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **David B. Golubchik 185520**

Address   **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Lounge 22, LLC** | Case No.: |
| | Chapter:     **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __18__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 9/02/09

Date: 9/4/09

**Armen Gharabegian/CEO**
Signer/Title

Signature of Attorney
**David B. Golubchik 185520**
**Levene, Neale, Bender, Rankin & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Lounge 22, LLC
1805 Flower Street
Glendale, CA 91201


David B. Golubchik
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


24/7 Direct Mailing Service
7590 Ventura Canyon Avenue
Van Nuys, CA 91402


Absolute Packaging Supply, Inc.
323 S Front Street
Burbank, CA 91502


Absolute Production Services, Co.
attn: Frank S Nicosia
9827 West Farragut Street
Rosemont, IL 60018


Action Environmental Services
PO Box 2698
Newark, NJ 07114


Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

American Express Business Platinum
Box 0001
Los Angeles, CA 90096-000


American Express Cash Rebate
American Express
BOX 0001
Los Angeles, CA 90096-0001


American Express Cash Rebate - Armen
BOX 0001
Los Angeles, CA 90096-0001


American Express Corporate
Box 0001
Los Angeles, CA 90096-0001


American Express Plum
Box 0001
Los Angeles, CA 90096-0001


American Express Starwood
BOX 0001
Los Angeles, CA 90096-0001


American Express Starwood - Armen
BOX 0001
Los Angeles, CA 90096-0001


American Reclamation, Inc
4560 Doran Street
Los Angeles, CA 90039-1006

Amerigas - Las Vegas
3434 Kier Road, Suite #3
North Las Vegas, NV 89030-4479


AMLI Austin Retail, L.P.
PO Box 915247
Dallas, TE 75391-5225


Andtech Corporation
12908 Haster  Street
Garden Grove, CA 92840


Apple Graphics
1858 Evergreen Street
Duarte, CA 91010


Armen Gharabegian
1805 Flower Street
Glendale, CA 91201


Arrowhead
PO box 856158
Louisville, KY 40285-6158


AT&T
AT&T Payment Center
Sacramento, CA 95887-0001


Atlantic Handling Systems
217 First Street
Hohokus, NJ 07423

Axis Global Logistics
46-35 54th Road
Maspeth, NY 11378


Battery Hut
912 S Glenoaks Blvd
Burbank, CA 91502


Bergen Landscaping
137 Arnot Place
Paramus, NJ 07652


BiZBash Media Inc - Los Angeles
attn: Nina Steiner
21 West 38th Street, 13th Floor
New York, NY 10018


Borough of Moonachie
Seiden-Klatskin
PO Box 3175
South Hackensack, NJ 07606


Boston Rack, Inc
attn: Russ Tamura
115 Main Street Suite 2D
North Easton, MA 02356


Bron Tapes of Nevada
5450 Desert Point Drive
Las Vegas, NV 89118


Budget Rent A Car of Las Vegas
Malco Enterprises of Nevada, Inc.
PO Box 97897
Las Vegas, NV 89193

Burata, Chris
Chris Burata
135-38 82nd Avenue
Kew Gardens, NY 11435


Burbank Airport Commerce Center O/A
c/o Mar West Real Estate
PO Box 50608
San Diego, CA 92150-0608


Careerbuilder.com
CB Corporate Headquarters
200 N. LaSalle St., Ste 1100
Chicago, IL 60601


Carolla, Adam & Lynette
c/o Weiss Accountancy Attn: Linda
16217 Kittridge Street
Van Nuys, CA 91406


Champion Logistics Group
200 Champion Way
Northlake, IL 60164


Cintas Corporation
Cintas #053  attn: Sandy
7735 S Paramount Blvd
Pico Rivera, CA 90660-4308


City of Austin
PO Box 2267
Austin, TX 78783-2267


Coburn, Mark
attn: Mark Coburn
200 Riverside Blvd #5J
New York, NY 10069

Commercial Flooring Systems
5341 Industrial Oaks Blvd
Austin, TX 78735


conEdison
JAF Station PO Box 1702
New York, NY 10116-1702


Courtesy Fire Extinguisher Service
attn: Dale
12781 Western Avenue, Suite B
Garden Grove, CA 92841


D & S Factors
P.O. Box 1210
Fruitland, ID 83619-1210


Dejernett, Maryleigh - V
Maryleigh Dejernett
4206 Cliffwood Cove
Austin, TX 78759


Design Center, Inc
5-46 46th Avenue
Long Island City, NY 11101


DK Interiors Ltd
58-18 203rd Street
Bayside, NY 11364


EC Cleaning Services
attn: Eduardo Curiel
9780 Wentworth Street
Sunland, CA 91040

Echo
22168 Network Place
Chicago, IL 60673-1221


Echo Best, Inc.
attn: Haykaz Abrahamian
1040 Spazier Avenue #3
Glendale, CA 91201


Embarq
PO Box 660068
Cust Svc
Dallas, TX 75266-0068


Enterprise Rent-A-Car - Citations
PO Box 5486
Carson, CA 90749-5507


Enterprise Rent-A-Car CA
Attn: Accounting - Kevin
3220 Winona Avenue
Burbank, CA 91504


Exhibitor Magazine Group
206 S. Broadway Suite 745
Rochester, MN 55094-6565


Experian QAS
125 Summer St., Ste 1910
Boston, MA 02110-1615


Express Employment Professionals
Express Services, Inv.  Jeff Pyle
File 749073
Los Angeles, CA 90074-9073

```
Federal Express
PO Box 7221
Pasadena, CA 91109-7321


Forsgate Industrial Partners
attn: Andrew Moss
400 Hollister Road
Teterboro, NJ 07608-1183


GE Capital
PO Box 7247-7878
Philadelphia, PA 19170-7878


Gharabegian, Armen
625 West Kenneth Road
Glendale, CA 91202


Goldner, Jay M
1229 N Highland Avenue
Los Angeles, CA 90038


Gorospe, Allen
325 W. 8th Street Unit #502
Los Angeles, CA 90014


GP Express
attn: Grigor Panosian
637 Salem Street
Glendale, CA 91203


Grainger
Dept. 859769655
Palatine, IL 60038-0001
```

Greystone Specialties
651 Wharton Drive
Claremont, CA 91711


Grucholski, Roger
Roger Grucholski
309 Mott Street, 3A
New York, NY 10012


Haedo, Edison
Edison Haedo
200 Riverside Blvd. #5J
New York, NY 10069


Hands-On AV Staffing, Inc
attn: Sal
971 North Ocean Ave
Patchogue, NY 11772


Hartford Insurance - Group Benefits
PO Box 8500-3690
Philadelphia, PA 19178-3690


Home Depot Credit Services
Dept 32 - 2001717556
PO Box 6029
The Lakes, NV 88901-6029


Hoovers, Inc.
75 Remittance Drive
Suite 1617
Chicago, IL 60675-1617


I&G Direct Real Estate 17, LP
attn: Christine Clament
File #50771
Los Angeles, CA 90074-0771

Industry Freight Forwarding, Inc.
A Division of Mega Supply Chain Solution
Rancho Cucamonga, CA 91730


Infinity Capital Advisors, Inc.
Attn: SHLOMO BISTRITZKY
21700 OXNARD ST STE 540
Woodland Hills, CA 91367


Interstate All  Battery Center
attn: Chris
41-10 Berrian Blvd
Astoria, NY 11105


Kennard, Angela P
Angela P Kennard
1148 East 50
North Heber City, UT 84032


Labor Ready Northeast, Inc
PO Box 31001-0257
Pasadena, CA 91110-0257


Labor Ready Southeast, Inc
PO Box 31001-0257
Pasadena, CA 91110-0257


Labor Ready Southwest, Inc
PO Box 31001-0257
Pasadena, CA 91110-0257


Las Vegas Building Maintenance
attn:  Brian Packer
5313 Doe Avenue
Las Vegas, NV 89146-1309

Law Office Of Felix W. Loya
1100 East Green Street
Felix W Loya
Pasadena, CA 91106-2513


Longley, Stuart
Stuart Longley
240 Cantitoe Street
Bedford Hills, NY 10567


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027


Los Angeles Dept of Water & Power
PO BOX 30808
Los Angeles, CA 90030-0808


Master Burglar Alarm Co., Inc.
P.O. Box 81116
Austin, TX 78708-1116


McCarron, James
James McCarron
200 Riverside Blvd #5J
New York, NY 10069


Mega Supply Chain Solutions
9449 8th Street
Rancho Cucamonga, CA 91730


Megerdichian, Tenny
Cento Coze, Inc.
4913 E 2nd Street
Long Beach, CA 90803

Metrowest Security & Cabling
attn: Lloyd or Jane
12442 1/2 Oxnard Street
North Hollywood, CA 91606


Monster, inc.
File 70104
Los Angeles, CA 90074-0104


Nevada Dept of Taxation - Sales Tax
State of Nevada Sales
PO Box 52609
Phoenix, AZ 85072-2609


New Haven Companies, The
PO Box 7007
Fredericksburg, VA 22404-7007


New Jersey Sales Tax
NJ Department of Treasury
Division of Taxation  PO Box 269
Trenton, NJ 08695-0269


New York State Sales Tax
NYS Sales Tax Processing
JAF Building, PO Box 1205
New York, NY 10116-1205


NV Energy
PO Box 30086
Reno, NV 89520-3086


NYC Dept of Finance-Church St. Station
Parking Violations Operations
PO Box 3609
New York, NY 10008-3609

Orrick, Herrington, & Sutcliffe LLP
attn: Kent Goss
777 South Figueroa St., Ste 3200
Los Angeles, CA 90017

Pacific City Bank
777 E. 12th Street  #200
Los Angeles, CA 90021

Paraco Gas Corp
attn: John
800 Westchester Avenue S604
Rye Brook, NY 10573

Petty, Adam
Adam Petty
2136 Hughes Avenue
Bronx, NY 10457

Phoenix Marketing  Services, Inc.
651 Wharton Drive
Claremont, CA 91711

Pillsbury Winthrop, LLP
725 South Figueroa St Suite 2800
Los Angeles, CA 90017-5406

Pinto Service, Inc.
95 Route 46
West Lodi, NJ 07644

Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042

Poland Spring
PO Box 856192
Louisville, KY 40285-6192


Porsche Financial Services, Inc
4343 Commerce Court, Suite 300
Lisle, IL 60532


PRG Lighting
Production Resource Group
PO Box 41261
Los Angeles, CA 90074-1261


Price, Meese,  Shulman, & D'Arminio
50 Tice Boulevard
Woodcliff Lake, NJ 07677


Radar Multimedia, LLC
118 N Sparks Street
Burbank, CA 91506


Red7 Media, LLC
10 Norden Place
Norwalk, CT 06855


Republic Services
PO box 78040
Phoenix, AZ 85062-8040


Ryder Transportation Services
PO Box 96723
Chicago, IL 60693

Schwarzhaupt, Jorge
Jorge G Schwarzhaupt
1056 1/2 Winchester Avenue
Glendale, CA 91201


SCMH, Inc
PO Box 80770
San Marino, CA 91118-8770


Sears Commercial One
PO Box 689134
Des Moines, IA 50368-9134


Shelton Battery, Inc
attn: Erin
3731 S. Valley View Blvd
Las Vegas, NV 89103


Sherwin-Williams Co., The
4990 E Sahara Avenue
Las Vegas, NV 89104-6391


Smith, Katie
Katie Smith
1623 Third Avenue #8-F
New York, NY 10128


Southwest Gas Corporation
P.O. Box 98890
Las Vegas, NV 89150-0101


Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Sprint PCS
PO Box 4181
Carol Stream, IL 60197-4181


Staff Pro Inc
attn: Ozelle
15272 Newsboy Circle
Huntington Beach, CA 92649


Stanley Convergent Security Solutions
attn: Sara
Dept Ch 10651
Palatine, IL 60055


Staples Credit Plan
Dept.51 - 7816790611
PO Box 689020
Des Moines, IA 50368-9020


State Board Of Equalization
Board Of Equalization
PO Box 942879
Sacramento, CA 94279-8062


STING Alarm, Inc.
attn: Michael Torjman
5 Longevity Drive
Henderson, NV 89014


Stubbs Alderton & Markiles, LLP
attn: Ryan Azlein
15260 Ventura Blvd 20th Floor
Sherman Oaks, CA 91403


TCI Leasing/Rentals
4950 Triggs Street
Commerce, CA 90022

Texas State Comptroller
Comptroller of Public Accounts
PO Box 149354
Austin, TX 78714-9354


Tri-Lift, Inc.
attn: Connie
190 Main Street
New Haven, CT 06512


TRIBEZA, LLC
attn: Jennifer
1050 East 11th St., Ste #200
Austin, TX 78702


Twin Oaks Associates, Ltd.
PO Box 41149
Austin, TX 78704


Vache Margarian/Katrin Saroukhanian
c/o Brad S. Kane, Esq.
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035


Verizon
PO Box 15124
Albany, NY 12212-5124


Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91346-9622


Wells Fargo Financial Capital Fin.
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

Wells Fargo Financial Capital Finance
Accounts Receivable Attn: Linda
P.O. Box 7777
San Francisco, CA 94120-7777


Western Fire Prevention
301 West St. Louis Avenue
Las Vegas, NV 89102


Wright Express Universal Fleet
Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293


Young, Steve
31-77 32nd Street, Ste. 1B
Astoria, NY 11106


Zargar Coporation
1250 Rancho conejo Blvd.
Thousand Oaks, CA 91320


Zep Manufacturing Company
File 50188
Los Angeles, CA 90074-0188